[DO NOT PUBLISH]

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 22-10414

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES D. SPENCE, JR.,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket Nos. 3:98-cr-00144-MMH-LLL-1,
1:11-cr-00087-MMH-MCR-1

_____

2                    Opinion of the Court                    22-10414

_____

No. 22-10415

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JAMES D. SPENCE, JR.,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket Nos. 3:11-cr-00087-MMH-MCR-1,
3:98-cr-00144-MMH-LLL-1

_____

Before WILLIAM PRYOR, Chief Judge, ROSENBAUM, and
BRASHER, Circuit Judges.

PER CURIAM:

Adam Labonte, appointed counsel for James Spence in this consolidated appeal from the denial of his motions for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.[1] Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Spence's motions are **AFFIRMED.**

---

[1] We decline counsel's invitation to adopt the position of other Circuit Courts of Appeals regarding the applicability of *Anders* to the denial of motions for compassionate release.